**CARMEN A. TRUTANICH**, City Attorney, State Bar No. 86629
**WILLIAM W. CARTER**, Chief Deputy, State Bar No. 115487
**CARLOS DE LA GUERRA**, Assistant City Attorney, State Bar No. 164046
**HEATHER AUBRY**, Deputy City Attorney, State Bar No. 169923
**OFFICE OF THE CITY ATTORNEY**
200 N. Main Street, 800 City Hall East
Los Angeles, California 90012-4131
Telephone: (213) 978-8380
Facsimile: (213) 978-8787

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BOYER, individually and on behalf of SONS OF LIBERTY LA, an unincorporated association,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LOS ANGELES,<br><br>　　　　　Defendant. | Case No. CV 12-04005 GAF (FFMx)<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT CITY OF LOS ANGELES TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date:  August 27, 2012<br>Time: 9:30 a.m.<br>Ctrm: 740<br>Hon. Gary Allen Feess<br><br>[Filed concurrently with Memorandum of Points and Authorities and [Proposed] Order] |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

///

///

1

PLEASE TAKE NOTICE that on August 27, 2012 at 9:30 a.m. in Courtroom 740 of the United States District Court for the Central District of California located at Roybal Federal Building, 255 E. Temple Street, Los Angeles, CA 90012, before the Honorable Gary A. Feess, Defendant City of Los Angeles will and hereby does move for an order dismissing the Amended Complaint filed by Plaintiff Bruce Boyer pursuant to FED. R. CIV. PRO. 12(b)(6).

This motion is based on this notice of motion and motion, the memorandum of points and authorities filed concurrently herewith, the file and all pleadings in this matter, any oral argument, any matters upon which judicial notice may be taken, and any and all other matters this court deems just and necessary.

This motion is made following the conference of counsel pursuant to CENTRAL DISTRICT LOCAL RULE 7-3, which took place on June 15, 2012 and July 20, 2012.

DATE:  July 23, 2012     Respectfully submitted,

CARMEN A. TRUTANICH, City Attorney
HEATHER AUBRY, Deputy City Attorney


By:  */s/ Heather Aubry*
     HEATHER AUBRY, Deputy City Attorney

Attorneys for Defendant, CITY OF LOS ANGELES

2