# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BOYER, individually and on behalf of SONS OF LIBERTY LA, an unincorporated association,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | Case No. CV 12-04005 GAF (FFMx)<br><br>[*The Hon. Gary A. Feess, Courtroom 740-Roybal*]<br><br>[PROPOSED] ORDER RE: DEFENDANT'S MOTION TO DISMISS |

    This matter came before the Court on August 27, 2012 at 9:30 a.m., Courtroom 740, the Hon. Gary A. Feess, Judge of the United States District Court, for a hearing on the Motion of Defendant CITY OF LOS ANGELES to dismiss the Complaint of Plaintiff Bruce Boyer, individually and on behalf of SONS OF LIBERTY LA, an unincorporated association.

    The Court, having considered the evidence and the oral and written arguments of counsel, and finding that the Complaint fails to state a claim upon which relief may be granted:

1  IT IS HEREBY ORDERED that the Motion is granted, and
2  IT IS HEREFY FURTHER ORDERED THAT the Complaint is
3  dismissed.
4
5  IT IS SO ORDERED.
6
7
8  Dated:_____
9                                          Honorable Gary A. Feess
                                            United States District Judge

2

PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO DISMISS